# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2021-0449, <u>Lola Pelletier v. Karen Simpson</u>, the court on October 18, 2022, issued the following order:**

Having considered the parties' briefs and the record submitted on appeal, the court concludes that oral argument is unnecessary in this case, <u>see</u> <u>Sup. Ct. R.</u> 18(1), and that the defendant, as the appealing party, has not established reversible error, <u>see</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). In light of this order, the plaintiff's motion to dismiss the appeal, or in the alternative, for summary affirmance, is moot.

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,
Clerk**